THE UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JUDY NICOLE JACOBS, | § | |
| INDIVIDUALLY AND AS NEXT | § | |
| FRIEND OF C.J. A MINOR, AND | § | |
| CAMERAN E. JACOBS | § | |
| *Plaintiffs,* | § | |
| | § | |
| VS. | § | |
| | § | |
| ABBOTT  LABORATORIES, INC. D/B/A | § | CIVIL ACTION NO. 3:23-CV-00132 |
| ABBOTT NUTRITION, H-E-B, LP AND | § | |
| HEBCO GP, LLC | § | |
| *Defendant.* | § | |

**DEFENDANT, H-E-B, LP'S AND HEBCO GP, LLC'S FIRST AMENDED
ORIGINAL ANSWER AND CROSS CLAIM**

**I.**
**H-E-B, LP AND HEBCO GP, LLC'S ("HEB") AMENDED ANSWER TO
PLAINTIFFS' COMPLAINT**

1.  Paragraph 1:  HEB lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 1.

2.  Paragraph 2:  HEB lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 2.

3.   Paragraph 3:  Requires no response.

4.  Paragraph 4:  HEB lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 4.

5.  Paragraph 5:  HEB admits the allegations in Paragraph 5.

6.  Paragraph 6:  HEB denies that HEBCO GP, LLP is a proper party to this suit or that it is liable in the capacity sued.  Otherwise, HEB admits the allegations in Paragraph 6.

7.  Paragraph 7:  Requires no response.

8. Paragraph 8: HEB denies that Tex. R. Civ. P. 190.4 applies in federal court. The remaining allegations in Paragraph 8 require no response.

9. Paragraph 9: HEB denies that Tex. Civ. Prac. & Rem. Code 15.002(a) applies in federal court. Further, HEB reserves the right to object to the removal of this matter to federal court and request remand to state court. HEB admits that venue is proper in Chambers County. HEB lacks knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 9.

10. Paragraph 10: HEB lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 10.

11. Paragraph 11: HEB lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 11.

12. Paragraph 12: HEB lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 12.

13. Paragraph 13: HEB lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 13.

14. Paragraph 14: HEB admits that it has sold certain types of infant formula. HEB lacks knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 14.

15. Paragraph 15: HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 15.

16. Paragraph 16: HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 16.

17. Paragraph 17: HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 17.

18. Paragraph 18: HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 18.

19. Paragraph 19:  HEB refers to its responses to Plaintiffs' prior allegations.  To the extent additional response is required, HEB lacks sufficient knowledge or information to form a belief as to the remaining allegations in Paragraph 19.

20. Paragraph 20: HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 20.

21. Paragraph 21: HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 21.

22. Paragraph 22: HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 22.

23. Paragraph 23: HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 23.

24. Paragraph 24: HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 24.

25. Paragraph 25: HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 25.

26. Paragraph 26: HEB refers to its responses to Plaintiffs' prior allegations.   To the extent additional response is required, HEB lacks sufficient knowledge or information to form a belief as to the remaining allegations in Paragraph 26.

27. Paragraph 27:  HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 27.

28. Paragraph 28:  HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 28.

29. Paragraph 29:  HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 29.

30. Paragraph 30:  HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 30.

31.  Paragraph 31:  HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 31.

32.  Paragraph 32:  HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 32.

33.  Paragraph 33:  HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 33.

34.  Paragraph 34:  HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 34.

35. Paragraph 35:  HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 35.

36. Paragraph 36:  HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 36.

37. Paragraph 37:  HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 37.

38. Paragraph 38:  HEB refers to its responses to Plaintiffs' prior allegations.   To the extent additional response is required, HEB lacks sufficient knowledge or information to form a belief as to the remaining allegations in Paragraph 38.

39. Paragraph 39:  HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 39.

40. Paragraph 40:  HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 40.

41. Paragraph 41:  HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 41.

42. Paragraph 42:  HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 42.

43. Paragraph 43:  HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 43.

44. Paragraph 44:  HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 44.

45. Paragraph 45:  HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 45.

46. Paragraph 46:  HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 46.

47. Paragraph 47:  HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 47.

48. Paragraph 48:  HEB denies that Plaintiff is entitled to the relief sought.  To the extent further response is required, HEB denies the remaining allegations of Paragraph 48.

49. Paragraph 49:  HEB refers to its responses to Plaintiffs' prior allegations.   To the extent additional response is required, HEB lacks sufficient knowledge or information to form a belief as to the remaining allegations in Paragraph 49.

50. Paragraph 50:  HEB denies the allegations in Paragraph 50.

51. Paragraph 51:  HEB denies the allegations in Paragraph 51.

52. Paragraph 52:  HEB denies the allegations in Paragraph 52.

53. Paragraph 53:  HEB denies the allegations in Paragraph 53.

54. Paragraph 54:  HEB refers to its responses to Plaintiffs' prior allegations.  To the extent additional response is required, HEB lacks sufficient knowledge or information to form a belief as to the remaining allegations in Paragraph 54.

55. Paragraph 55:  HEB denies the allegations in Paragraph 55.

56. Paragraph 56:  HEB denies the allegations in Paragraph 56.

57. Paragraph 57:  HEB denies the allegations in Paragraph 57.

58. Paragraph 58:  HEB denies that Plaintiff is entitled to the relief sought.  To the extent further response is required, HEB denies the remaining allegations of Paragraph 58.

59. Paragraph 59:  HEB denies the allegations in Paragraph 59.

60. Paragraph 60:  HEB refers to its responses to Plaintiffs' prior allegations.  To the extent additional response is required, HEB lacks sufficient knowledge or information to form a belief as to the remaining allegations in Paragraph 60.

61. Paragraph 61:  HEB denies the allegations in Paragraph 61.

62. Paragraph 62:  HEB denies the allegations in Paragraph 62.

63. Paragraph 63:  HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 63.

64. Paragraph 64:  HEB denies the allegations in Paragraph 64.

65. Paragraph 65:  HEB denies that Plaintiffs are entitled to the relief sought.

66. Paragraph 66:  HEB denies the allegations in Paragraph 66.

67. Paragraph 67:  HEB denies the allegations in Paragraph 67.

68. Paragraph 68: HEB refers to its responses to Plaintiffs' prior allegations.   To the extent additional response is required, HEB lacks sufficient knowledge or information to form a belief as to the remaining allegations in Paragraph 68.

69. Paragraph 69:  HEB denies the allegations in Paragraph 69.

70. Paragraph 70:  HEB denies the allegations in Paragraph 70.

71. Paragraph 71:  HEB denies the allegations in Paragraph 71.

72. Paragraph 72:  HEB denies the allegations in Paragraph 72.

73. Paragraph 73:  HEB denies the allegations in Paragraph 73.

74. Paragraph 74:  HEB denies the allegations in Paragraph 74.

75. Paragraph 75:  HEB denies the allegations in Paragraph 75.

76. Paragraph 76:  HEB denies the allegations in Paragraph 76.

77. Paragraph 77:  HEB denies the allegations in Paragraph 77.

78. Paragraph 78:  HEB denies the allegations in Paragraph 78.

79. Paragraph 79:  HEB denies the allegations in Paragraph 79.

80. Paragraph 80:   HEB denies that Plaintiffs' are entitled to the relief requested in Paragraph 80.

81. Paragraph 81:   HEB denies that Plaintiffs' are entitled to the relief requested in Paragraph 81.

82. Paragraph 82:   HEB denies that Plaintiffs' are entitled to the relief requested in Paragraph 82.

83. Paragraph 83:   HEB lacks sufficient knowledge or information to form a belief as to the allegations in Paragraph 83.

84. Paragraph 84:  Requires no response.

85. Paragraph 85:  Requires no response.

86. Paragraph 86:  Requires no response.

87. Paragraph 87:  Requires no response.

### III.
### AFFIRMATIVE DEFENSES

1. Plaintifs' claims are barred in whole or in part by the doctrines of comparative responsibility and/or failure to mitigate damages.

2. Plaintiffs' damages were caused in whole or in part by persons, parties, entities and/or events over whom/which HEB had no control.

3. HEB reserves the right to Responsible Third Parties under Tex. Civ. Prac. & Rem. Code §33.004, if and when evidence is developed relating to their responsibility for Plaintiffs' injuries and/or damages.

4. To the extent medical damages are recovered herein, such damages must be limited to those amounts actually paid and/or incurred.

5. Pursuant to Tex. Civ. Prac. & Rem. Code §82.003, HEB is non-manufacturer and therefore not liable for any alleged harm to Plaintiffs.

### IV.
### H-E-B-LP'S CROSS ACTION

6. Pursuant to Fed. R. Civ. P. 13(g), HEB brings this Cross Action against Cross Defendant Abbott Laboratories, Inc. d/b/a Abbott Nutrition ("Cross Defendants").

7. HEB is a "seller" as that term is defined by Tex. Civ. Prac. & Rem. Code §82.001(3).

8. HEB is entitled to indemnity from Cross Defendant under Tex. Civ. Prac. & Rem. Code §82.002 *et. seq*. including reasonable attorney fees, expenses, costs, and damages.   HEB therefore bring suit against Cross Defendant for indemnity including reasonable attorney fees, expenses, costs and other damages.

9. Cross Defendant has actual notice of this claim per Tex. Civ. Prac. & Rem. Code §82.002(g).

## V.
## JURY DEMAND

10. HEB respectfully requests a trial by jury. The appropriate fee has been tendered.

## VI.
## PRAYER

11. HEB prays that Plaintiffs and take nothing by this lawsuit and that Defendant have judgment for its costs. Further, HEB prays that it recover full indemnity from Cross Defendant, including reasonable attorney fees, expenses costs and any other damages to which it is entitled. HEB prays for all other relief to which it may show it is entitled.

Respectfully Submitted,

BAKER & PATTERSON, L.L.P.

By: _____*/s/ Kip Patterson*_
Kip Patterson
Texas Bar No. 15602850
3100 Richmond Ave., Suite 550
Houston, Texas 77098
Telephone:   713-623-8116
Facsimile:    713-623-0290
Email: kpatterson@bakpatlaw.com
Counsel for Defendant, H-E-B, LP and
HEBCO GP, LLP

CERTIFICATE OF SERVICE

A copy of this document was served upon the following counsel of record in accordance with the Federal Rules of Civil Procedure on May 25, 2023.:

_____*/s/ Kip Patterson*_
Kip Patterson