United States District Court
Southern District of Texas
**ENTERED**
September 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JUDY NICOLE JACOBS, INDIVIDUALLY AND AS NEXT FRIEND OF C.J., A MINOR, *et al.*, | § | |
| Plaintiffs, | § | |
| VS. | § | 3:23-cv-132 |
| ABBOTT LABORATORIES, INC. d/b/a ABBOTT NUTRITION, *et al.*, | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On February 10, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 154. Judge Edison filed a memorandum and recommendation on July 2, 2026, recommending that the defendant's motion for summary judgment (Dkts. 127, 128) be granted. Dkt. 178.

On July 24, 2026, the plaintiffs filed their objections to the memorandum and recommendation. Dkt. 182. The defendant responded on August 7, 2026. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or

recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections; the memorandum and recommendation; the pleadings; and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1) Judge Edison's memorandum and recommendation (Dkt. 178) is approved and adopted in its entirety as the holding of the court; and

(2) The defendant's motion for summary judgment (Dkts. 127, 128) is granted.

Signed on Galveston Island this 15th day of September, 2026.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE